UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 20 2010 ★
BROOKLYN OFFICE

| UNITED STATES OF AMERICA, | 04-CR-630 |
| --- | --- |
| – against – | Statement of Reasons Pursuant to |
| JUAN PABLO CRUCEY-CACERES, | 18 U.S.C. § 3553(c)(2) |
| Defendant. | |

JACK B. WEINSTEIN, Senior United States District Judge:

Defendant Juan Pablo Crucey-Caceres pled guilty to tax fraud and related charges and served an incarceratory sentence of 41 months. During the three-year supervised release period following his release from incarceration, he was arrested and charged with violating the terms of the supervised release. He has been in custody since his arrest.

The violation is dismissed as moot in view of the time already served. Defendant has effectively served the sentence the court would have imposed for the violation. The term of supervised release is expired; there will be no further period of supervised release.

Defendant's release from custody was stayed for seven days from May 11, 2010 to allow Immigration and Customs Enforcement officials to take custody of defendant if they wish.

Jack B. Weinstein
Senior United States District Judge

Dated: May 20, 2010
Brooklyn, New York

